| Recording requested by a return to:<br>PAUL R. SHANKMAN (SBN 113608)<br>HINDS & SHANKMAN, LLP<br>21257 Hawthorne Blvd., 2nd Floor<br>Torrance, CA 90503<br>Tel: (310) 316-0500 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>JAY W. and DEBRA F. JOHNSON,              Debtor | CASE NUMBER 8:06-bk-10373-ES<br>ADVERSARY NUMBER |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF<br>JUDGMENT** |

COPY

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address   RICHARD LAPIDES
      23704 Replica Road
      Spicewood, TX 78669

      ☐ Address Unknown

   b. Driver's License No. _____   ☒ Unknown

   c. Social Security No. _____   ☒ Unknown

2. The Summons was personally served at, or mail to (address):

   _____

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: 1/25/2019 _____   _____
                                      (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | | CHAPTER 7 |
|---|---|---|---|
| JAY W. AND DEBRA F. JOHNSON | | Debtor(s). | CASE NO.: 8:06-bk-10373-ES<br>ADVERSARY NO.: |

4. I certify that in the above-entitled action and Court, Judgment was entered on **December 21, 2018**,

   in favor of **HINDS & SHANKMAN, LLP** and against **RICHARD LAPIDES**

   for  $ **660,180.98**    Principal,

   $ **55,015.08**    Interest, Plus interest at 2.67% on the sum of $785,687.97 per annum, non-compounded, until the Judgment and interest are paid in full.

   $ **0**    Attorney's Fees, and

   $ **70,491.91**    Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☒ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☐ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this **First** day of **February 2019**.

(SEAL)

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court    **KATHLEEN J. CAMPBELL**

By: _____
    Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*



# UNITED STATES BANKRUPTCY COURT
## Central District of California

I hereby attest and certify that on __1-23-2019__ the attached reproduction(s), containing __5__ pages, is a full, true and correct copy of the complete document entitled: __Certificate of Notice; Money Judgment In Favor of Hinds & Shankman, LLP__.

Case #: __8:06-bk-10373-ES__    Doc #: __252__

which includes: ☐ Exhibits    ☐ Attachments

on file in my office and in my legal custody at the marked location:

☐ 255 E. Temple Street, Suite 940
  Los Angeles, CA  90012

☐ 3420 Twelfth Street, Suite 125
  Riverside, CA  92501-3819

☒ 411 West 4th Street, Suite 2074
  Santa Ana, CA  92701-4593

☐ 1415 State Street
  Santa Barbara, CA  93101-2511

☐ 21041 Burbank Boulevard
  Woodland Hills, CA  91367

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: ___Tina Shimizu___
Deputy Clerk

**THIS CERTIFICATION IS VALID ONLY WITH THE
UNITED STATES BANKRUPTCY COURT SEAL.**

*Revised August 2010*

United States Bankruptcy Court
Central District of California

In re:
Jay Johnson
Debra Johnson
    Debtors

Case No. 06-10373-ES
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2     Date Rcvd: Dec 21, 2018
                            Form ID: pdf042     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
db/jdb         +Jay Johnson,    Debra Johnson,    4600 Viro Road,    La Canada Flintridge, CA 91011-3762
aty            Burton V McCullough,    4205 Encinas Drive,    La Canada Flintridge, CA 91011-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2018                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:

         Brian Barouir Yeretzian    on behalf of Plaintiff Rosendo Gonzalez byeretzian@jhindslaw.com, yeretzian@gmail.com
         Cristina F Keith    on behalf of Plaintiff Rosendo Gonzalez ckeith@jhindslaw.com
         Cristina F Keith    on behalf of Trustee Rosendo Gonzalez (TR) ckeith@jhindslaw.com
         David M Reeder    on behalf of Defendant Debra F Johnson dmr@vrmlaw.com, jle@vrmlaw.com
         David M Reeder    on behalf of Defendant Robin Litster Johnson dmr@vrmlaw.com, jle@vrmlaw.com
         David M Reeder    on behalf of Defendant Randal A Johnson dmr@vrmlaw.com, jle@vrmlaw.com
         David M Reeder    on behalf of Creditor    Jay Johnson A.i.a & Assoc Inc dmr@vrmlaw.com, jle@vrmlaw.com
         David W. Meadows    on behalf of Mediator    Mediator david@davidwmeadowslaw.com
         Hanna B Raanan    on behalf of Plaintiff Rosendo Gonzalez hraanan@marlinandsaltzman.com
         Hanna B Raanan    on behalf of Interested Party    Courtesy NEF hraanan@marlinandsaltzman.com
         Hanna B Raanan    on behalf of Trustee Rosendo Gonzalez (TR) hraanan@marlinandsaltzman.com
         J Scott Bovitz    on behalf of Defendant Randal A Johnson bovitz@bovitz-spitzer.com
         James Andrew Hinds, Jr    on behalf of Plaintiff Rosendo Gonzalez jhinds@jhindslaw.com, mduran@jhindslaw.com
         James Andrew Hinds, Jr    on behalf of Interested Party    Jay Johnson & Associates, Inc jhinds@jhindslaw.com, mduran@jhindslaw.com
         James Andrew Hinds, Jr    on behalf of Trustee Rosendo Gonzalez (TR) jhinds@jhindslaw.com, mduran@jhindslaw.com
         James Andrew Hinds, Jr    on behalf of Joint Debtor Debra Johnson jhinds@jhindslaw.com, mduran@jhindslaw.com
         James Andrew Hinds, Jr    on behalf of Debtor Jay Johnson jhinds@jhindslaw.com, mduran@jhindslaw.com
         James Andrew Hinds, Jr    on behalf of Plaintiff    Rosendo Gonzales Trustee of Bk Estate of Jay W and Debra F Johnson jhinds@jhindslaw.com, mduran@jhindslaw.com
         James Andrew Hinds, Jr    on behalf of Interested Party    Jay Johnson A.I.A. & Associates, Inc jhinds@jhindslaw.com, mduran@jhindslaw.com
         James Andrew Hinds, Jr    on behalf of Attorney    Hinds & Shankman, LLP jhinds@jhindslaw.com, mduran@jhindslaw.com
         Mitchell B Ludwig    on behalf of Defendant Janis Lapides mbl@kpclegal.com
         Mitchell B Ludwig    on behalf of Creditor Richard Lapides mbl@kpclegal.com
         Mitchell B Ludwig    on behalf of Defendant Janis A Lapides mbl@kpclegal.com
         Mitchell B Ludwig    on behalf of Creditor Janis T Lapides mbl@kpclegal.com
         Mitchell B Ludwig    on behalf of Creditor Richard A. and Janis Lapides mbl@kpclegal.com
         Mitchell B Ludwig    on behalf of Defendant Richard Lapides mbl@kpclegal.com
         Mitchell B Ludwig    on behalf of Defendant Richard A Lapides mbl@kpclegal.com
         Monserrat Morales    on behalf of Creditor Richard A. and Janis Lapides mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com

```
District/off: 0973-8            User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2018
                                Form ID: pdf042          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Monserrat Morales    on behalf of Interested Party   Courtesy NEF mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
        Paul R Shankman    on behalf of Plaintiff Rosendo Gonzalez pshankman@jhindslaw.com, mduran@jhindslaw.com
        Paul R Shankman    on behalf of Trustee Rosendo Gonzalez (TR) pshankman@jhindslaw.com, mduran@jhindslaw.com
        Paul R Shankman    on behalf of Defendant James Andrew Hinds Jr pshankman@jhindslaw.com, mduran@jhindslaw.com
        Paul R Shankman    on behalf of Joint Debtor Debra Johnson pshankman@jhindslaw.com, mduran@jhindslaw.com
        Paul R Shankman    on behalf of Attorney   Hinds & Shankman, LLP pshankman@jhindslaw.com, mduran@jhindslaw.com
        Paul R Shankman    on behalf of Defendant Rosendo Gonzales pshankman@jhindslaw.com, mduran@jhindslaw.com
        Paul R Shankman    on behalf of Debtor Jay Johnson pshankman@jhindslaw.com, mduran@jhindslaw.com
        Rosendo Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;cmorales@gonzalezplc.com
        United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

                                                                                                                           TOTAL: 38

JAMES ANDREW HINDS, JR. (SBN. 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile:  (310) 792-5977

Attorneys for Rosendo Gonzalez, chapter 7 Trustee for Jay W. and Debra F. Johnson and for Applicant and Petitioner, Hinds & Shankman, LLP (as Successor in Interest to the Law Offices of James Andrew Hinds, Jr.)

**FILED & ENTERED**

**DEC 21 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid    DEPUTY CLERK

CHANGES MADE BY COURT

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAY W. and DEBRA F. JOHNSON,<br><br>Debtors. | Case No.: 8:06-bk-10373-ES<br><br>Chapter 7<br><br>**MONEY JUDGMENT IN FAVOR OF HINDS & SHANKMAN, LLP AND AGAINST RICHARD A. LAPIDES**<br><br>DATE:    November 28, 2018<br>TIME:     2:00 p.m.<br>PLACE:   Courtroom 5A |

The Court, having reviewed the Order Entered by the Court on Hinds & Shankman, LLP's (as Successor in Interest to the Law Offices of James Andrew Hinds, Jr.): (1) Verified Petition To Confirm Contractual Arbitration Award And Enter Judgment (Court Case Docket No. 222) (hereinafter referred to as the "Petition"); (2) Application For Payment Of Final Fees And Expenses And For Entry Of Money Judgment Against Court-Approved Guarantor,

1

1  Richard Lapides (Court Case Docket No. 172) (hereinafter referred to as the "Final Fee
2  Application"); and (3) Application For Order To Show Cause Re Sanctions Against Richard
3  Lapides (Court Case Docket No. 232) (hereinafter referred to as the "Sanctions
4  Application"), and good cause appearing therefor,

### A FINAL NON-APPEALABLE MONEY JUDGMENT IS HEREBY ENTERED AGAINST RICHARD A. LAPIDES AND IN FAVOR OF HINDS & SHANKMAN, LLP AS FOLLOWS:

A.  Hinds & Shankman, LLP is awarded damages for Breach of Contract against Richard Lapides in the total amount of $660,180.98 and Richard Lapides shall pay to Hinds & Shankman, LLP damages in the amount of $660,180.98;

B.  Hinds & Shankman, LLP is awarded interest at ten percent (10%) on the total amount of damages, amounting to $55,015.08, calculated from June 22, 2017 (the date the Firm filed its Final Fee Application in the Bankruptcy Court) to April 23, 2018 (the start of the arbitration hearing before JAMS) against Richard Lapides and Richard Lapides shall pay to Hinds & Shankman, LLP interest in the amount of $55,015.08[1];

C.  Hinds & Shankman, LLP is awarded post-Final Award interest from and after April 24, 2018 on the total Money Judgment against Richard Lapides of $785,687.97 at the Federal Rate of Non-Compounded Interest of 2.67% per annum, until the Judgment and Interest thereon are paid in full by Richard Lapides[2];

---

[1] On December 6, 2018, Richard Lapides filed a pleading entitled "Request to Correct H&S's Arbitration Judgment Order" ("Request") in which he objects to the pre-Final Award interest of 10% per annum. The objection is overruled as this Court did rule that pre-Final Award interest would be calculated at the state judgment rate of 10% per annum and that post-Final Award interest would be calculated at the federal judgment rate of 2.67% per annum.

[2] In the Request, Mr. Lapides also objects to the post-Judgment interest referenced in this paragraph. The objection is overruled as the Hinds & Shankman, LLP is entitled to post-Judgment interest at the federal rate.

D. Hinds & Shankman, LLP is awarded expenses and costs against Richard Lapides in the total amount of $70,491.91 and Richard Lapides shall pay to Hinds & Shankman, LLP's expenses and costs in the total amount of $70,491.91;

E. Richard Lapides is awarded nothing pursuant to the JAMS Final Arbitration Award which is reaffirmed by this Judgment; and

F. The Terms of this Judgment are final and non-appealable.

### 

Date: December 21, 2018

Erithe Smith
United States Bankruptcy Judge

3

JUDGMENT IN FAVOR OF HINDS & SHANKMAN, LLP AND AGAINST RICHARD A. LAPDIES